No. 501. OLD NICK WILLIAMS COMPANY, PETITIONER, *v.* THE UNITED STATES. December 23, 1907. Petition for a

writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Charles A. Moore* for petitioner. *The Attorney General* for respondent.